■ THE PEOPLE OF THE STATE OF NEW YORK Respondent, v CAROLYN PEARSALL BERG, Appellant. [618 NYS2d 537] —Appeal by the defendant from a judgment of the County Court, Putnam County (Braatz, J.), rendered May 26, 1993, convicting her of endangering the welfare of a child, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for

leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Sullivan, J. P., Rosenblatt, Altman, Hart and Friedmann, JJ., concur.